CDF LABOR LAW LLP
　　Mark S. Spring, State Bar No. 115114
　　mspring@cdflaborlaw.com
　　Arthur S. Gaus, State Bar No. 289560
　　agaus@cdflaborlaw.com
601 Montgomery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 981-3233

BELL NUNNALLY & MARTIN LLP
　　Mark A. Shoffner (*Pro Hac Vice*)
　　mshoffner@bellnunnally.com
　　Brent A. Turman (*Pro Hac Vice*)
　　bturman@bellnunnally.com
　　Christian J. Cowart *(Pro Hac Vice)*
　　ccowart@bellnunnally.com
　　Meredith N. Palmer *(Pro Hac Vice)*
　　mpalmer@bellnunnally.com
　　Katherine G. Rosenow *(Pro Hac Vice)*
　　krosenow@bellnunnally.com
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Telephone: (214) 740-1400

*Attorneys for Plaintiff*
APOLLO INFORMATION SYSTEMS CORP.



**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APOLLO INFORMATION SYSTEMS CORP., | Case No. 5:26-cv-00523-PCP |
| Plaintiff, | |
| vs. | UNOPPOSED MOTION TO WITHDRAW AS COUNSEL |
| MONTY ST. JOHN and REYNALDO RAMON, | |
| Defendants. | |

Brent Turman respectfully moves the Court for an order permitting him to withdraw as an attorney for Plaintiff Apollo Information Systems Corp. in this action pursuant to Local Civil Rule 11-5.

On or about April 14, 2026, Brent Turman left Bell Nunnally & Martin LLP and began working at Munsch Hardt Kopf & Harr, P.C. Accordingly, Mark Spring and Arthur Gaus of CDF Labor Law, LLP, and Mark Shoffner and Christian Cowart of Bell Nunnally & Martin

1

LLP will continue to represent Plaintiff Apollo Information Systems Corp. in this matter. The withdrawal will not affect any deadlines.

For these reasons, the undersigned respectfully requests this motion to be granted and Brent Turman to be withdrawn as counsel of record for Plaintiff Apollo Information Systems Corp.

Dated:    May 11, 2026                    Respectfully,

**MUNSCH HARDT KOPF & HARR, P.C.**

*/s/ Brent Turman*
**BRENT TURMAN**
Texas Bar No. 24077506
bturman@munsch.com
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
 (214) 855-7500 (telephone)
 (214) 855-7584 (facsimile)

**COUNSEL FOR PLAINTIFF**
**APOLLO INFORMATION SYSTEMS CORP.**

**CERTIFICATE OF CONFERENCE**

I hereby certified that on May 11, 2026, counsel for Plaintiff conferred with counsel for Defendants regarding the relief requested herein, and counsel for Defendants indicated that they are unopposed to this Motion to Withdraw as Counsel.

*/s/ Brent Turman*
BRENT TURMAN

**CERTIFICATE OF SERVICE**

I certify that, on May 11, 2026, the foregoing document has been filed unsealed with the Clerk via the Court's CM/ECF system.

*/s/ Brent Turman*
BRENT TURMAN