CDF LABOR LAW LLP
    Mark S. Spring, State Bar No. 155114
    mspring@cdflaborlaw.com
    Arthur S. Gaus, State Bar No. 289560
    agaus@cdflaborlaw.com
601 Montgomery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 981-3233

BELL NUNNALLY & MARTIN LLP
    Mark A. Shoffner (admitted *Pro Hac Vice*)
    mshoffner@bellnunnally.com
    Christian J. Cowart (admitted *Pro Hac Vice*)
    ccowart@bellnunnally.com
    Meredith N. Palmer (admitted *Pro Hac Vice*)
    mpalmer@bellnunnally.com
    Katherine G. Rosenow (admitted *Pro Hac Vice*)
    krosenow@bellnunnally.com
2323 Ross Avenue, Suite 1900
Dallas, TX 75201
Telephone: (214) 740-1400

*Attorneys for Plaintiff*
APOLLO INFORMATION SYSTEMS CORP.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APOLLO INFORMATION SYSTEMS CORP.,<br><br>             Plaintiff,<br><br>    v.<br><br>MONTY ST. JOHN and REYNALDO RAMON,<br>             Defendants. | Case No. 5:26-cv-00523-PCP<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE TO CONDUCT MEDIATION [DKT. NO. 67], AS MODIFIED** |

Came on for consideration this day, the Motion to Extend Deadline to Conduct Mediation [Dkt. No. 67] (the "Motion") filed by Plaintiff Apollo Information Systems Corp. ("Plaintiff"). After consideration of Plaintiff's Motion, Defendants' response, if any, the other pleadings on file, and the applicable law, the Court hereby finds that the Motion should be granted. Accordingly, it is

**ORDERED** that Plaintiff's Motion to Extend Deadline to Conduct Mediation [Dkt. No. 67] is **GRANTED**. It is further

**ORDERED** that the deadline to conduct mediation is extended to ~~October 7, 2026~~. [Dkt. No. 59].

September 2, 2026

**SO ORDERED.**

Dated:    June 15, 2026

Honorable Judge, United States District Court

2

ORDER GRANTING PLAINTIFF'S MOTION TO
EXTEND DEADLINE TO CONDUCT MEDIATION
CASE NO. 5:26-cv-00523-PCP